UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Henry Furst,<br><br>Plaintiff,<br><br>v.<br><br>The Sled Dogs Company,<br>d/b/a XDogs.com, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 00-CV-136 PAM/JGL<br><br>**STIPULATION AND ORDER** |

The parties above-named hereby stipulate and agree that defendant The Sled Dogs Company, d/b/a XDogs.com, Inc., shall have an extension of time in which to file and serve an Answer or otherwise respond to the plaintiff's Complaint until and including March 3, 2000.

Dated: February 7, 2000.

Respectfully submitted,

BEST & FLANAGAN LLP

By [signature]
Patrick B. Hennessy, #124412
Caryn S. Glover, #183040
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 339-7121

ATTORNEYS FOR PLAINTIFF

Doc# 1197502\1

FILED FEB 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: February 3, 2000.

LINDQUIST & VENNUM P.L.L.P.

By ____________________
Terrence J. Fleming, #128983
William F. Stute, #0279663
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the foregoing Stipulation of Counsel, it is hereby Ordered that defendant The Sled Dogs Company, d/b/a XDogs.com, Inc., shall file and serve its Answer or otherwise respond to plaintiff's Complaint on or before March 3, 2000.

Dated: Feb 8, 2000

BY THE COURT:

____________________
Jonathan G. Lebedoff
United States Magistrate Judge