# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Henry Furst

Plaintiff

v.

The Sled Dogs Company,
d/b/a XDogs.com, Inc.,

Defendants

Case No. Civil 00-136 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Henry Furst's request for judgment is granted. The Court finds Defendant The Sled Dogs Company, d/b/a XDogs.com, Inc., liable to Plaintiff Henry Furst for damages in the amount of $97,750; and the Court awards Plaintiff Henry Furst prejudgment interest and costs.

DATE: October 3, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk