UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Henry Furst,

Civ. File No. 00-136 (PAM/JGL)

Plaintiff,

v.

**ORDER**

The Sled Dogs Company,
d/b/a XDogs.com, Inc.,

Defendant.

---

This matter is before the Court on Defendant's request for reconsideration of the October 3, 2000, Order granting judgment to Plaintiff. A request for reconsideration should be granted only on a showing of compelling circumstances. See L.R. 7.1(g). It is the opinion of the Court that compelling circumstances in this case warrant reconsideration of the prior Order. Therefore, the Court will grant Defendant's request for reconsideration and will vacate the October 3, 2000, Order.

Accordingly, for the foregoing reasons, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's request for reconsideration is **GRANTED**; and

2. The October 3, 2000, Order (Clerk Doc. No. 21) is **VACATED**.

Dated: November 3, 2000

Paul A. Magnuson
United States District Court Judge

FILED NOV 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______