UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Henry Furst,

Civ. File No. 00-136 (PAM/JGL)

Plaintiff,

v.

**ORDER FOR JUDGMENT**

The Sled Dogs Company,
d/b/a XDogs.com, Inc.,
n/k/a Xdogs, Inc.,

Defendant.

---

This matter is before the Court on Plaintiff's request for an Order for Judgment. Plaintiff has submitted a Confession of Judgment signed by Defendant, which provides for an Order for Judgment in the event of a default on Defendant's obligations under the parties' settlement agreement. Plaintiff's counsel avers that Defendant has defaulted by failing to pay the amount due to be paid on December 21, 2000. (Hennessy Aff. ¶ 5.) Defendant has not responded to Plaintiff's request, nor has Defendant explained its failure to pay the amount due.

The Confession of Judgment authorizes the Court to enter judgment in the amount of $95,000, plus interest of $20.82 per day from December 22, 2000, to the date of the entry of judgment ($582.96), plus costs ($275) and attorney's fees ($235). The total amount for judgment is therefore $96,092.96.

FILED JAN 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 19 2001
DEPUTY CLERK

Accordingly, for the foregoing reasons, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff Henry Furst's request for an Order for Judgment is **GRANTED**;
2. Judgment is entered against Defendant The Sled Dogs Company, d/b/a XDogs.com, Inc., n/k/a Xdogs, Inc., in the amount of $96,092.96.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 19, 2001

Paul A. Magnuson
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: JAN 19 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.