UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
05 MAR 21 AM 11:32
CLERK U.S. DIST. COURT
MINNEAPOLIS, MN

Henry Furst,

Plaintiff,

vs.

The Sled Dogs Company, d/b/a Xdogs.com, Inc., n/k/a Xdogs, Inc.,

Defendant.

Civ. File No.: 00-136 (PAM/JGL)

**SATISFACTION OF JUDGMENT**

---

Patrick B. Hennessy, the attorney for the Plaintiff above-named, hereby certifies that the judgment entered in the above-named court on January 19, 2001, for Ninety-six Thousand Ninety-two and 96/100 Dollars ($96,092.96) in favor of Plaintiff, and against Defendant, The Sled Dogs Company, d/b/a Xdogs.com, Inc., n/k/a Xdogs, Inc., has been paid and satisfied in full; and that the Court Administrator is hereby authorized and directed to fully discharge and satisfy said Judgment of Record.

Date: March 14, 2005

BEST & FLANAGAN LLP

By [signature]
Patrick B. Hennessy
Attorney Registration No. 124412
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
(612) 339-7121

Attorneys for Plaintiff

Subscribed and sworn to before me
this 14th day of March, 2005.

Kathryn J. Dahl
Notary Public

KATHRYN J. DAHL
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

SCANNED
MAR 2 1 2005
U.S. DISTRICT COURT MPLS

014313/991400/341987_1